1020

[No. 56692-0-I.   Division One.   July 31, 2006.]

TR CAMANO, INC., ET AL., *Respondents*, V. ISLAND COUNTY, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 05-2-00179-1, Michael E. Rickert, J., entered July 12, 2005. *Reversed* by unpublished opinion per Baker, J., concurred in by Becker and Dwyer, JJ.

[No. 57032-3-I.   Division One.   July 31, 2006.]

JILL CARNEVALI, *Respondent*, V. GARY CARNEVALI ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 05-2-26568-0, Dean Scott Lum, J., entered September 7, 2005. *Reversed* by unpublished opinion per Becker, J., concurred in by Baker and Dwyer, JJ.

[No. 57040-4-I.   Division One.   July 31, 2006.]

*In the Matter of the Marriage of* GERIS L. ALLAN, *Appellant*, and DAVID ALLAN, *Respondent*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 97-3-00675-9, Ira Uhrig, J., entered September 9, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 57060-9-I.   Division One.   July 31, 2006.]

*In the Matter of the Detention of* DANIEL L. BEDKER, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 03-2-05854-6, Ellen J. Fair, J., entered September 13, 2005. *Affirmed* by unpublished per curiam opinion. Now published at 134 Wn. App. 775.